Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-5828FDB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING TRIAL |
| ) | |
| BRIANA WATERS, ) | |
| ) | |
| Defendant. ) | |

The Court, having considered the Stipulated Motion to Continue Trial filed by the parties and the record in this case, hereby enters the following Order:

WHEREAS, WATERS currently is charged with Conspiracy, in violation of 18 U.S.C. § 371; with Using an Unregistered Firearm, in violation of 26 U.S.C. § 5861(d); with Arson, in violation of 18 U.S.C. § 844(I); and with Using a Destructive Device During a Crime of Violence, in violation of 18 U.S.C. § 924©);

WHEREAS, this case is a factually-complicated case, which is based upon a Second Superseding Indictment that charges WATERS with participating in a conspiracy that stretched from 1996 to 2001 and was responsible for 25 different crimes, the majority of them arsons;

WHEREAS, the Government currently is in the process of copying and producing more than 27,000 pages of discovery materials to WATERS;

ORDER CONTINUING TRIAL/WATERS
(CR05-5828FDB) - 1

UNITED STATES ATTORNEY
SEAFIRST FIFTH AVENUE PLAZA BUILDING
800 FIFTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98104
(206) 553-7970

1   WHEREAS, WATERS has retained Robert Bloom of Oakland, California, to represent her, and Mr. Bloom will appear at trial as co-counsel, along with currently-appointed defense counsel Neil Fox;

WHEREAS, Mr. Bloom is scheduled to commence an approximately three-month trial in Detroit, Michigan, beginning on October 12, 2006;

WHEREAS, Defendant has filed a waiver of her right to speedy trial waiving that right through May 31, 2007; now, therefore,

THE COURT FINDS that defense counsel will require additional time beyond the currently scheduled trial date in order to investigate adequately this case and to represent effectively WATERS;

THE COURT FURTHER FINDS, that scheduling the trial in this case for a date earlier than May 7, 2007, would not allow defense counsel adequate time in order to conduct investigation and trial preparation;

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case until May 7, 2007, outweigh the interest of the public and of the Defendant in a more speedy trial; therefore,

IT IS HEREBY ORDERED that the trial in this case be continued until May 7, 2007, that pretrial motions in this case be due February 16, 2007, and that responses to pretrial motions be due March 1, 2007;

//
//
//
//
//
//
//

ORDER CONTINUING TRIAL/WATERS
(CR05-5828FDB) - 2

1   IT IS FURTHER ORDERED that the time between the current trial date of August
2   28, 2006, up to and including the new trial date of May 7, 2007, be excluded in computing
3   the time within which the trial in this case muse commence pursuant to 18 U.S.C.
4   § 3161(h)(8)(A).
5   DONE this 5th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:
JOHN McKAY
United States Attorney

/s/ Mark Bartlett
MARK BARTLETT
First Assistant United States Attorney

/s/ Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Telephone:   (206) 553-7970
Fax:         (206) 553-0882
E-mail:      Mark.Bartlett@usdoj.gov
             Andrew.Friedman@usdoj.gov

/s/ Neil M. Fox
NEIL M. FOX
Counsel for Briana Waters
Cohen & Iaria
1008 Western Avenue
Seattle, Washington  98104
Telephone: (253) 624-9694
Fax:         206-624-9691
Email:       nmf@cohen-iaria.com

ORDER CONTINUING TRIAL/WATERS
(CR05-5828FDB) - 3

UNITED STATES ATTORNEY
SEAFIRST FIFTH AVENUE PLAZA BUILDING
800 FIFTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98104
(206) 553-7970