Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR05-5828FDB |
| v. | ) PROTECTIVE ORDER |
| BRIANA WATERS, | ) |
| Defendant. | ) |

The Court having considered the Stipulated Motion for Protective Order filed by the parties:

THE COURT FINDS that it has discretionary and supervisory authority to oversee discovery in this case, pursuant to Federal Rule of Criminal Procedure 16(b), and that there is a legitimate concern regarding the safety and security of parties and witnesses.

THE COURT ORDERS that no defendant, defense attorney, or member of any defense team shall copy, reproduce, release, or distribute in any way outside the individual defense team any report provided by the Government that contains statements made by any defendant in this case or in United States v. Dibee et al., No. CR06-60011-AA (D. Ore.), or by any person who has admitted participating in an arson that is part of the charged conspiracy in this case and is cooperating with the Government but has not yet been charged. This Order does not prohibit copying and distribution of the statements and reports within the defense team.

THE COURT FURTHER ORDERS that Waters, and any other defendants, are

1  prohibited from possessing any of these reports, and that they may only review the reports
2  under the direct supervision of their attorneys, or investigators employed by their attorneys,
3  unless otherwise ordered by the Court;
4      THE COURT FURTHER ORDERS that, upon completion of the case, defense
5  counsel shall return all of these reports, and all copies of the reports, to the Government,
6  unless otherwise ordered by the Court.
7      DONE this 11th day of September, 2006.

                FRANKLIN D. BURGESS
                UNITED STATES DISTRICT JUDGE

Presented by:

JOHN McKAY
United States Attorney

/s/ Mark Bartlett
MARK BARTLETT
First Assistant United States Attorney

/s/ Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Telephone:   (206) 553-7970
Fax:         (206) 553-0882
E-mail:      Mark.Bartlett@usdoj.gov
             Andrew.Friedman@usdoj.gov

/s/ Neil M. Fox
NEIL M. FOX I
Counsel for Briana Waters
Cohen & Iaria
1008 Western Avenue
Seattle, Washington  98104
Telephone:  (206) 624-9694