Judge Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-5828FDB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER SETTING BRIEFING |
| ) | SCHEDULE |
| BRIANA WATERS, ) | |
| ) | |
| Defendant. ) | |

The Court having considered Waters' Motion Regarding Surveillance and NSA Materials and to set Briefing Schedule and the Government's Response to that Motion,

THE COURT ORDERS that

1. Waters' opening brief is due November 3, 2006.

2. The Government's response is due December 1, 2006.

3. Waters' reply brief, if any, is due December 15, 2006.

//
//
//
//
//
//
//
//

ORDER SETTING BRIEFING SCHEDULE/WATERS (CR05-5828FDB) - 1

1  The parties shall be permitted to file overlength briefs. The Court will decide
2  whether to schedule oral argument after reviewing the parties' briefs, and, should the Court
3  decided that oral argument is appropriate, when to schedule that argument.
4  DONE this 26th day of October, 2006.

FRANKLIN D. BURGESS
Senior United States District Judge

Presented by:

JOHN McKAY
United States Attorney


s/ Mark Bartlett
MARK BARTLETT
First Assistant United States Attorney


s/ Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Telephone:    (206) 553-7970
Fax:          (206) 553-0882
E-mail:       Mark.Bartlett@usdoj.gov
              Andrew.Friedman@usdoj.gov