UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIANA WATERS,

Defendant.

Case No. CR05-5828FDB

ORDER DENYING DEFENDANT'S MOTION FOR STATUS CONFERENCE RE DISCOVERY

Defendant Waters moves for a discovery status conference "to address several outstanding issues regarding discovery and to help establish a structure to expedite preparing this case for trial. The Government has responded (suggesting a date for such conference) indicating that it anticipates that discovery will be completed, or substantially completed, by the end of the first week in January 2007, and states that to the extent that it is unwilling to produce specific items identified in Waters' motion, the Government will notify Waters of that fact.

This matter's trial date is May 7, 2007 and the motions deadline is February 6, 2007. The Court declines to schedule a status conference regarding discovery, as such is premature now. Since discovery is anticipated to be complete at the end of the first week of January 2007, and since the Government will advise Defendant what it is unwilling to produce, there will be time for Defendant to bring any motion related to discovery before the cut-off date.

IT IS ORDERED: Defendant's Motion for Status Conference To Address Discovery Issues [Dkt. # 59] is DENIED.

DATED this 4th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1