UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN TUBBS, JOSEPH DIBEE, JOSEPHINE S. OVERAKER, JUSTIN SOLONDZ, and BRIANA WATERS,

Defendants.

Case No. CR05-5828FDB

ORDER DENYING MOTION FOR RECONSIDERATION

Defendant Waters moves for reconsideration of the Court's denial of her motion to disclose unlawful electronic surveillance. The Court has reviewed the submissions on the motion and has reviewed Waters' motion for reconsideration. The Court is not persuaded to reconsider the denial and to grant the relief requested. ACCORDINGLY,

IT IS ORDERED: Defendant Waters' Motion for Reconsideration [Dkt. # 70] is DENIED.

DATED this 4th day of January, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1