Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | NO. CR05-5828FDB |
| v. | ) ) | ORDER TO SEAL |
| BRIANA WATERS, | ) ) | |
| Defendant. | ) ) | |

The Court having considered the Government's Motion to Seal, requesting that the Government's Response to Defendant's Motion to Bar Testimony of Jennifer Kolar and Lacey Phillabaum in this case be sealed,

It is hereby ORDERED that Government's Response to Defendant's Motion to Bar Testimony of Jennifer Kolar and Lacey Phillabaum be and remain sealed until further order of this Court.

DATED this 26th day of April, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:
s/Mark Bartlett
MARK BARTLETT
First Assistant United States Attorney
s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney