UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KEVIN TUBBS, JOSEPH DIBEE,
JOSEPHINE S. OVERAKER, JUSTIN
SOLONDZ, and BRIANA WATERS,

    Defendants.

Case No. CR05-5828FDB

ORDER DENYING UNITED
STATES' MOTION FOR
DISCLOSURE OF PRESENTENCE
REPORTS AS PREMATURE

    The Government, concluding pursuant to Ninth Circuit authority, that a defendant is entitled to material in a probation file that bears on the credibility of a significant witness in a case – subject to a protective order – moves for disclosure of presentence reports of six of Waters' co-conspirators who have pleaded guilty to charges in the District of Oregon: Nathan Bloch, Chelsea Gerlach, Daniel McGowan, Stanislaw Meyerhoff, Suzanne Savoie, and Joyanna Zacher.  The United States   Two of these co-conspirators have responded: Chelsea Gerlach and Daniel McGowan.

    Chelsea Gerlach objects to disclosure of certain paragraphs of the presentence report, to disclosure of her date of birth and social security number, and to the psychological evaluation attached to the presentence report, arguing that this information contains personal and private

ORDER - 1

1  information and does not constitute *Brady* material, and should not, therefore, be disclosed.

2  Daniel McGowan responds that he has not been formally listed as a witness, that he has not
3  been served with a subpoena, nor has his counsel been advised that he will be subpoenaed to testify.
4  Moreover, McGowan indicates that in exchange for his plea of guilty, he would describe his own
5  conduct, but would not identify any other person or persons involved in any criminal conduct in
6  which he engaged.  Furthermore, McGowan indicates that he would not willingly appear and testify
7  and that he would risk a contempt citation instead.  Thus, McGowan argues that the motion is
8  premature, and release of any part of his presentence report would be an unnecessary and
9  unwarranted violation of his privacy.

10  Counsel for Defendant Waters has filed a response to Gerlach's objections.  Defendant
11  Waters notes that it is not clear that the Government is going to call Chelsea Gerlach as a witness.
12  Waters states that she has no interest at this time in examining material to which Gerlach objects, but
13  asks that the Court release that material to which she has no objection.

14  The Court concludes that the Government's motion is premature and will deny it at this time
15  subject to renewal.

16  NOW, THEREFORE, IT IS ORDERED: The United States' Motion for Disclosure of
17  Presentence Reports [Dkt. # 206] is DENIED as premature.

19  DATED this 24th day of October, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

26  ORDER - 2