FILED _____ LODGED
RECEIVED

MAR 6 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIANA WATERS,

    Defendant.

Case No. CR05-5828FDB

VERDICT

We the jury unanimously find the following:

**Count 1: Conspiracy**

    Guilty \_\_\_\_\_    Not Guilty \_\_\_\_\_

If you find the defendant guilty of this Count, answer question number 1. If you find the defendant not guilty of this Count, proceed to Count 4.

Question 1

We unanimously find beyond a reasonable doubt that the particular crime(s) that the defendant and another person or persons conspired to commit is (are):

\_\_\_\_\_ arson

\_\_\_\_\_ using destructive devices during crimes of violence

\_\_\_\_\_ making unregistered destructive devices

ORDER - 1

05-CR-05828-VRDCT

| | |
|---|---|
| Count 4: | **Possessing an Unregistered Firearm** |
| | Guilty _____ Not Guilty _____ |
| Count 5: | **Arson of a Building in Interstate Commerce or in Activity Affecting Interstate Commerce** |
| | Guilty ✓ Not Guilty _____ |
| Count 6: | **Using a Destructive Device During a Crime of Violence** |
| | Guilty _____ Not Guilty _____ |
| Count 7: | **Arson of a Building Belonging to an Institution Receiving Federal Financial Assistance** |
| | Guilty ✓ Not Guilty _____ |

DATED this __6__ day of ~~February~~ March, 2008.

_____
PRESIDING JUROR

ORDER - 2