UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIANA WATERS,<br><br>　　　　Defendant. | Case No. CR05-5828FDB<br><br>ORDER FINDING MOTION FOR EXTENSION OF TIME TO BE MOOT |

　　　Defendant Waters moves that May 2, 2008 be set as the date by which Defendant must file her substantive Fed. R. Crim. P. Rule 29(c) Motion for Judgment of Acquittal. On March 17, 2008, Waters filed her motion pursuant to Fed. R. Crim. P. 29, 33, and 34. Accordingly,

　　　IT IS ORDERED: Waters' Motion for Extension of Time [Dkt. # 135] is found to be MOOT, and is stricken from the Court's calendar.

　　　DATED this 18th day of March, 2008.

　　　　　　　　　　　　　　　　/s/ Franklin D. Burgess
　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1