Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5828FDB |
| Plaintiff, ) | |
| v. ) | ORDER |
| BRIANA WATERS, ) | |
| Defendant. ) | |

The Court having reviewed the United States' Motion to File a Brief in Excess of Twelve Pages, enters into the following order:

IT IS HEREBY ORDERED that the motion is GRANTED: The United States may file a brief in response to Defendant's appeal from Judge Arnold's detention order that does not exceed 18 pages in length.

DATED this 27th day of March, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Mark Bartlett
Mark Bartlett
First Assistant United States Attorney

1  s/Andrew C. Friedman
2  ANDREW C. FRIEDMAN
   Assistant United States Attorney
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28