1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12
13
14

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

BRIANA WATERS,

                Defendant.

Case No. CR05-5828FDB

ORDER DENYING MOTION FOR
RECONSIDERATION

15
16
17

        Defendant Waters moves for reconsideration of the Court's Order prohibiting contact with
the jurors in this case.  Having reviewed Defendant's motion, the Court is not inclined to change its
earlier ruling in this matter.

18
19

        ACCORDINGLY, IT IS ORDERED: Defendant Waters' Motion for Reconsideration Re:
Juror Contact [Dkt. # 396] is DENIED.

20
21

        DATED this 8th day of April, 2008.

22
23

                                                                        _____
                                                                        FRANKLIN D. BURGESS
                                                                        UNITED STATES DISTRICT JUDGE

24
25
26

ORDER - 1