UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>BRIANA WATERS,<br><br>    Defendant - Appellant. | No. 08-30222<br><br>D.C. No. 3:05-cr-05828-FDB-5<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

The judgment of this Court, entered September 15, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                      FOR THE COURT:

                      Molly C. Dwyer
                      Clerk of Court

                      Synitha Walker
                      Deputy Clerk