1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                           AT TACOMA
8
9   UNITED STATES OF AMERICA,
           Plaintiff,
10
        v.
11                                          CASE NO.  CR05-5828RBL
12  BRIANA WATERS,
13       Defendant.                         ORDER REGARDING
14                                          SENTENCING PROCEDURE
15
16       THIS MATTER comes before the Court on Defendant's conviction,  and the Court having
    set   **September 23, 2011**     at **1:30 p.m.**    for sentencing, it is hereby
17       **ORDERED**
18  **At least six (6) days prior to the Sentencing Hearing, Counsel shall inform the probation**
19  **officer and the courtroom deputy, Jean Boring at (253)882-3823, whether or not an**
    **evidentiary hearing will be necessary at the sentencing and, if so, whether**
20  **witnesses will be called, who they will be, and an estimated length of the hearing**
21
22
         1. A presentence report is to be prepared by the U.S. Probation Department.
23       2. Not less than thirty-five (35) days before the sentencing hearing, the United States
24  probation officer shall furnish the presentence report to the defendant, the defendant's counsel
    and the attorney for the government.  Within fourteen (14) days after receiving the presentence
25
    report, the parties shall communicate in writing to the probation officer, and to each other, any
26  objections to any material information, sentencing classifications, sentencing guideline ranges,
27  and policy statements contained in or omitted from the presentence report.  After receiving
    objections, the probation officer may require the defendant, the defendant's counsel, and the
28
    attorney for the Government to meet with the probation officer to discuss unresolved factual and

Sentencing Order -1

legal issues. The probation officer may also conduct a further investigation and revise the presentence report as appropriate.

Not less than seven (7) days before the sentencing hearing, the probation officer shall submit the presentence report, as revised, together with any addendum, setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on the objections and the sentencing recommendations, to the Court, the defendant, the defendant's counsel and the attorney for the Government.

3. If the Government intends to file a § 5K1.1 motion for substantial assistance, the motion must be served on all counsel and filed under seal fourteen (14) days prior to sentencing. In such event, the Government must also serve and file under seal a written statement of the nature and extent of the defendant's cooperation. Any motion under § 5K1.1 and the supporting written statement must also be provided to the probation officer who has prepared the presentence report. If the Government files a § 5K1.1 motion requesting that the Court depart from the Guidelines, the defendant may file, in response, his or her version of the defendant's cooperation. Any such response by the defendant must be filed at least six (6) court days prior to sentencing and may be included in the defendant's sentencing memorandum.

4. In the event the defendant wishes to provide a written statement accepting responsibility, the statement should be signed by the defendant. The original should be provided to the United States Probation Office with a copy to the United States Attorney at least fourteen (14) days prior to sentencing.

5. Counsel for the United States or for a defendant shall serve copies of any sentencing memorandum or related documents upon all other parties and upon the United States Probation Office at least six (6) court days prior to sentencing.

The Clerk of the Court shall send uncertified copies of this Order to all counsel of record and to the U.S. Probation Office.

BENJAMIN H. SETTLE

United States District Judge

Sentencing Order -2